# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2014

## NO. 03-13-00710-CV

**K. L. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 2, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.